IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-02232-RPM

WEND VAIL PARTNERSHIP, LTD.,

    Plaintiff,

v.

CNL APF PARTNERS, LP, successor by merger to
CNL Income Fund II, Ltd.;
VALUATION ASSOCITES REAL ESTATE GROUP, INC.;
EDWARD . KARABEDIAN; AND
JAMES R. WHITE,

    Defendants.

_____

ORDER
_____

    Pursuant to the Stipulation for Extension of Time for Plaintiff to Reply or Otherwise Respond to the Counterclaim of Defendant CNL APF Partners. LP, filed December 22, 2006 [18], it is

    ORDERED that the Stipulation [18] is approved and plaintiff Wend Vail Partnership, Ltd.'s reply or response to CNL's Counterclaim shall be filed on or before January 16, 2007.

    DATED:   December 26th , 2006

                                  BY THE COURT:

                                  s/ Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge