**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              January 19, 2007
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 06-cv-02232-RPM

WEND VAIL PARTNERSHIP, LTD.,                                Gary S. Cohen

     Plaintiff,

v.

CNL APF PARTNERS, LP, successor by merger to                Colin C. Deihl
CNL Income Fund II, Ltd.,                                   Jacy T. Jasmer
VALUATION ASSOCIATES REAL ESTATE GROUP, INC.,               Tiffaney Norton
EDWARD KARABEDIAN, and
JAMES R. WHITE,

     Defendants.
_____

### COURTROOM MINUTES
_____

**Scheduling Conference**

**1:59 p.m.     Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Defendants' counsel acknowledge that they do not oppose the motion to amend (27).

**ORDERED:     Unopposed Motion to Amend Complaint, filed January 16, 2007 (24), is granted.**

Mr. Deihl states Trust Street Properties owned CNL at the time the appraisal was obtained.
Ms. Norton states restricted use marking on the appraisal means it was prepared for a specific client "Trust Street" and that it was not to be used or shared with third parties with the exception of the value determination.
Court states Valuation Associates is a party and the issue is wether the appraisal was performed in accordance with applicable standards.
Ms. Norton states defendants' contend they were authorized to perform an appraisal in Colorado and are in the process of determining the license application date.
Mr. Deihl states defendants intend to assert an affirmative defense that the 2003 counterclaim is out of time and there is still a Wendy's on the property.

January 19, 2007
06-cv-02232-RPM

Mr. Cohen states plaintiff contends that a third appraisal in 2006 was not required because CNL had breached the agreement.

Mr. Cohen states plaintiff's position is that a restricted use appraisal doesn't conform to the obligation of the agreement and it wasn't in accordance with the standards required.

Mr. Deihl states CNL's position is that, after receiving the option notice, plaintiff did not comply with the lease agreement by not obtaining a third appraisal to determine an option price.

Counsel agree to discuss simplifying the case by dismissing the 2003 claim and counterclaim.

Mr. Cohen states plaintiff does not object to defendants' unopposed motion (27).

**ORDERED:** **Unopposed Second Motion for Extension of Time to Designate Non-Parties, filed January 17, 2007 (27), is granted.**

**ORDERED:** **Scheduling order approved.**

**2:30 p.m.** **Court in recess.**

Hearing concluded.  Total time: 30 min.