IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02232

WEND VAIL PARTNERSHIP, LTD.,

    Plaintiff,

v.

CNL APF PARTNERS, LP, successor by merger to CNL Income Fund II, Ltd.; VALUATION ASSOCIATES REAL ESTATE GROUP, INC.; EDWARD P KARABEDIAN; AND JAMES R. WHITE,

    Defendant.

_____

**ORDER GRANTING DEFENDANT CNL APF PARTNERS, LP'S MOTION TO AMEND COUNTERCLAIM IN RESPONSE TO PLAINTIFF WEND VAIL'S AMENDED COMPLAINT**
_____

    Upon consideration of Defendant CNL APF Partners, LP's Motion To Amend Its Counterclaim In Response To Plaintiff Wend Vail's Amended Complaint, it is hereby:

    **ORDERED** that Defendant's Motion To Amend is GRANTED; and

    it is further **ORDERED** that the Clerk file stamp the tendered "CNL APF Partners, LP's Motion To Amend Its Counterclaim In Response To Plaintiff Wend Vail's Amended Complaint"

Dated: February 5th, 2007

                                          s/Richard P. Matsch
                                          _____
                                          United States District Court Judge