**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: March 29, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 06-cv-02232-RPM

WEND VAIL PARTNERSHIP, LTD.,                               Gary S. Cohen

    Plaintiff,

v.

CNL APF PARTNERS, LP, successor by merger to              Jacy Rock
CNL Income Fund II, Ltd.,                                  Brandee Caswell
VALUATION ASSOCIATES REAL ESTATE GROUP, INC.,              Tiffaney Norton
EDWARD KARABEDIAN, and
JAMES R. WHITE,

    Defendants.
_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**3:59 p.m.**     **Court in session.**

Plaintiff's client representative Gary Miller present.

Court's preliminary remarks.

4:00 p.m.     Mr. Cohen states issue is moot and states there is no objection to inspection of personal property and entry on the property.

4:03 p.m.     Ms. Rock states defendant reserves right to make argument with respect to damages (spoilation).

**ORDERED:     Motion foe Expedited Entry Upon Property, filed March 22, 2007 [43], is moot.**

4:05 p.m.     Argument by Mr. Cohen.

**ORDERED:     Motion to Compel Damages Disclosures by CNL, filed February 26, 2007 [40], is denied.**

**4:07 p.m.**     **Court in recess.**

Hearing concluded.  Total time 8 min.