IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-02232-RPM

WEND VAIL PARTNERSHIP, LTD.,

        Plaintiff,

v.

CNL APF PARTNERS, LP, successor by merger to
CNL Income Fund II, Ltd.;
VALUATION ASSOCIATES REAL ESTATE GROUP, INC.;
EDWARD . KARABEDIAN;
JAMES R. WHITE;
JEB A. MARSH; and
EBERT APPRAISAL SERVICE, INC.

        Defendants.
_____

ORDER
_____

Upon review of the Motion to Amend Complaint and to Join Additional Party Defendants (Doc. #51), filed on April 24, 2007, it is

ORDERED that the motion is granted and Jeb A. Marsh and Ebert Appraisal Service, Inc., are added as party Defendants.

DATED:  April 25th, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge