**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              May 17, 2007
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 06-cv-02232-RPM

| | |
|---|---|
| WEND VAIL PARTNERSHIP, LTD., | Gary S. Cohen |
| Plaintiff, | |
| v. | |
| CNL APF PARTNERS, LP, successor by merger to | Colin C. Deihl |
| CNL Income Fund II, Ltd., | Jacy T. Rock |
| VALUATION ASSOCIATES REAL ESTATE GROUP, INC., | Tiffaney Norton |
| EDWARD KARABEDIAN, and | |
| JAMES R. WHITE, | |
| JEB A. MARSH, and | No appearance |
| EBERT APPRAISAL SERVICES, INC., | No appearance |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Motion Hearing**

**1:55 p.m.    Court in session.**

Plaintiff's client representatives Gary Miller present.

Court's preliminary remarks and its view of the pending motion.

2:01 p.m.    Argument by Mr. Cohen.
2:06 p.m.    Argument by Mr. Deihl.
2:16 p.m.    Argument by Ms. Norton.

**ORDERED:    Motion for Reconsideration and to Dismiss Defendants Jeb Marsh and Ebert Appraisal Services, Inc. Without Prejudice, filed April 27, 2007 [53], is denied.
Case is remanded to the District Court, Eagle County, Colorado.**

**2:20 p.m.    Court in recess.**    Hearing concluded.  Total time: 25 min.