IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-02232-RPM

WEND VAIL PARTNERSHIP, LTD.,

        Plaintiff,

v.

CNL APF PARTNERS, LP, successor by merger to
CNL Income Fund II, Ltd.;
VALUATION ASSOCIATES REAL ESTATE GROUP, INC.;
EDWARD . KARABEDIAN;
JAMES R. WHITE;
JEB A. MARSH; and
EBERT APPRAISAL SERVICE, INC.,

        Defendants.
_____

ORDER DENYING DEFENDANTS' MOTIONS AND ORDER FOR REMAND
_____

      Pursuant to the hearing held today on the motion of defendant CNL APF Partners, LTD, filed April 27, 2007, designated motion for reconsideration and to dismiss defendants Jeb Marsh and Ebert Appraisal Serices, Inc. without prejudice, joined by defendants Valuation Associates Real Estate Group, Inc., Edward Karabedian and James White on May 3, 2007, it is

      ORDERED that the motions are denied and it is

      FURTHER ORDERED that because the joinder of defendants Jeb A. Marsh and Ebert Appraisal Services, Inc., Colorado citizens, in the third claim for relief defeats diversity jurisdiction for that claim and upon the conclusion that the third claim for relief is integral and interrelated with the second claim for relief, it is

FURTHER ORDERED that this civil action is remanded to the District Court, County of Eagle, State of Colorado.

DATED: May 17th, 2007

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior Judge